849 A.2d 1129

Keith W. DODGSON, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 15, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.